IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
OCT 12 2000

Matthew Dix, Plaintiff

vs.

Martain F. Horn, et al.,
Defendants

Civil Action

Per ___ DEPUTY CLERK

1: CV-00-1807

No. _____

## SUPPLEMENTAL PETITION TO COMPLAINT

Plaintiff Matthew Dix, pursuant to Rule 15(A),(C)(2), 19(A) and (d), Fed. R. Civ. Proc. moves to file a supplemental to the original complaint of September 19, 2000, adding as parties. And represents the following.

### Seventeenth Cause of Action

40.
1. Defendant Ralph A. Weiss, an agent of Defendant Ben E.
2. Varner, is supervisor II, Record office at the State Correctional
3. Institution-Dallas (SCID), at 1000 Follies Road, Dallas PA. 18612-0286.
4. And allege he are responsible register prisoners who have or had
5. conviction sex offense. He is legally responsible since filing events
6. transfired in escalation the chronology of events plaintiff alleges
7. similar occurrence in his original complaint stated in paragraph (paras)
8. 13L.1-16, in that:
9.   Defendant has shown a wanton wilful deliberate indifference
10. to the plaintiff U.S.C.A. Rights. At 5, 8 and 14, where he was
11. knowledgeable plaintiff's was well aware reason his appearance
12. coming cell (RHU) Restricted housing unit. But spiteful and constantly
13. upon rendezvous sequent signing of form started stating aloud
14. his reasons appearance alleged for wish need another address
15. for register as result rejection previous, but immediately interrupt
16. by plaintiff before completion could occur ---- returning response I
17. am knowledgeable instantaneous acknowledging his unprofessional
18. responsibility in duty job performance intentional and cohesive the
19. scheme to deliberately disclose the Megan Law aloud for fuel
20. knowledge other inmates housed block in assistance administration
21. (C.O.) staff RHU and ____ heads of level → to circulate

21. Rumors Plaintiff as stated (PARAG. 5) Rough by unconstitutional
22. practices which denied him right of privacy and confidentiality
23. constantly appearing cell in demand, badger, belittle and humiliate
24. giving nature matter followed by Plaintiff's prohibitation or hinderance
25. timely release liberty from prison October 3, 2000, without restrain
26. parole or probation as result unawareness to provide residency →FOR AGGRAVATE ASSAULT C.P. 4182/83
27. other at times inquiry triggered where a private criminal complaint
28. was file alleging defendant's violations the Pennsylvania Crime Code
29. 18 PA.C.S.A. contending deception and falsification of information
30. recorded the registration document require signature the plaintiff
31. But reduce by Pennsylvania State Policy Agency to a simple complaint
32. or grievance, referred the (D.O.C.) office of professional responsibility
33. and institution security department. Followed by objection September
34. 27, 2000.

## Eighteenth Cause of Actions

41. Defendant James Lindburg, an agent of Defendant Frank
1. D. Grillis, is supervisor Library Department at the State
2. Correctional Institution Coaltownship (SCI-CTS), Located 1 Kelly
3. Drive, Coaltownship, PA 17866-1021. He is directly responsible actions
4. inactions and conduct assistant librarians, and was legally
5. responsible for the unconstitutional practices which hindered and
6. deny plaintiff access and reasonable time attendance population's
7. law library in violation plaintiff's U.S.C.A. Rights, at 1 and 14.

8. Plaintiff in his original complainant at (PARAGS.) 18L.6-8 and
9. 32, has determine that the claim of defense assert also arose
10. out of the conduct and transaction of the defendant's acts of
11. deliberate indifference for failure to properly, if at all supervise
12. subordinate librarian when knowledge was personally brought his
13. attention by the plaintiff for rectification subordinate's denial
14. fairness and impartial → treatment permitting him by access reasonable
15. time attendance law library upon request time convinent which
16. sought both entire sessions combine a single period totaling in
17. hours approximately two and fifteen minutes 2hrs, 15 mins, where
18. there's three separate period in operation per-day, five working days

## Relief

(In Continuance Section V., Page 3 and 3A, Original Complaint, At No. 4) it is added:

  a) 15,000 against defendant R.A. Weiss
  b) 15,000 against defendant J. Lindburg

And as to No. 5.

WHEREFORE, this Court should grant leave freely to supplement and or amend the complaint.

Respectfully submitted,

/s/ Matthew Dix # CD-1857
Pro-Se Plaintiff
1000 Follies Road
Dallas, PA. 18612-0286

I certified under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. §1746.

Executed on October 2, 2000.   /s/ _____
                                    (Signature of Plaintiff)

And further certify that I have this date (indicated above) served a true and correct copy of the below reference documents upon the U.S. District Court, Middle District of Pennsylvania pursuant to Rule 5(d), Fed. R. Civ. P..

RE: Supplemental Petition to Complaint, and
    Application to Proceed In Forma Pauperis.

-3-