(3)
10/16/00
1A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Matthew Dix # CD-1857
(SCI-Dallas)

**Name of Plaintiff(s)**

v.

Martain F. Horn, et al.,

**Name of Defendant(s)**

:1: CV 00-1807

**Civil Case No.**

**Judge**

(Number and Judge to be
assigned by court)

FILED
SCRANTON

OCT 1 2 2000

PER _____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ✓    I am willing to pursue my claims in this action under the new
As to the    provisions of The Prison Litigation Reform Act, <u>understanding</u>
underline →    <u>that pursuing my claim requires payment of a partial filing fee</u>
Statement    <u>and deduction of sums from my prison account when funds exist</u>
<u>until the filing fee of $150.00 has been paid in full.</u>

2. ✓    I have enclosed an executed Authorization form which authorizes
the Institution holding me in custody to transmit to the Clerk
a certified copy of my trust account for the past six (6)
months as well as payments from the account in the amounts
specified by 28 U.S.C. §1915(b). "<u>No more or less Agreed</u>".

3. Have you, prior to the filing of the complaint in this action and while
a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
more actions or appeals in a court of the United States that were
dismissed as frivolous, malicious, or for failure to state a claim upon
which relief may be granted?    Yes _____    No ✓

(a)    If the answer is "yes," are you now seeking relief because you
are under imminent danger of serious physical injury?
Yes _____    No _____

(b)  Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.  (a)  Are you presently employed at the Institution?  Yes _____  No _✓_

(b)  If yes, what is your monthly compensation?  $_____

5.  Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _✓_  No _____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_I have cash on my Account at institution (SCID) a_

_blance $115.59, in total Accord most Recent (Inmate Accounts System_

_Monthly Account Statement) sheet of September 18, 2000._

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _October 2, 2000_                    _[signature]_
              (Date)                           (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.