Matthew Dix

October 15, 2000

Office of the Clerk
United States District Court
For the Middle District
of Pennsylvania
235 North Washington Ave
Rm. 423, P.O. Box 1148
Scranton, PA. 18501-1148

FILED
SCRANTON
OCT 19 2000
PER _RMK_
DEPUTY CLERK

00-cv-1807

RE: Dix v. Martain F. Horn et al.
(Case No. _____)

Dear Clerk of Court;

Please be advise that there has been a change of address since plaintiff's release Luzerne County Correctional Facility (LCCF) on October 10, 2000. And now reside the below for which correspondence are requested forward.

New Address:

Matthew Dix
5810 Trinity Street
Phila. PA. 19143

Very Truly,

[signature]