IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW DIX,                        :        CIVIL ACTION NO. **1:CV-00-1807**
                                    :
    Plaintiff                  :        (Judge Kane)
                                    :
    v.                         :        (Magistrate Judge Blewitt)
                                    :
MARTIN HORN, Secretary, et al.,     :        FILED
                                    :        SCRANTON
    Defendants                 :
                                             OCT 2 3 2000

                **ORDER**            PER _____
                                             DEPUTY CLERK

**AND NOW, this 23rd day of October, 2000, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis **(Doc. 3)** is construed as a motion to proceed without full prepayment of fees and costs.

2. Said Motion is **GRANTED**.

3. The Clerk of Court is directed to serve Plaintiff's Complaint and Supplement thereto (Docs. 1 and 2) in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.[1]

                                 **THOMAS M. BLEWITT**
                                 **United States Magistrate Judge**

Dated: October 23, 2000

---

1.    The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 23, 2000

Re:  1:00-cv-01807   Dix v. Horn


True and correct copies of the attached were mailed by the clerk
to the following:

    Matthew Dix
    5810 Trinity Street
    Philadelphia, PA  19143


cc:
Judge                      (  )
Magistrate Judge           (  )
U.S. Marshal               (  )
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             ( X ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( X )    Pltf's Attorney (  )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen   (  )  PA Atty Gen (  )
                                      DA of County  (  )  Respondents (  )
Bankruptcy Court           (  )
Other_____       (  )

                                          MARY E. D'ANDREA, Clerk


DATE:  _10/23/00_____        BY:  _____
                                          Deputy Clerk