IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Matthew Dix,
    Plaintiff

vs.

Martain Horn, Secretary, et. al.,
    Defendants

Civil Action
No. 1: CV-00-1807 / OR
     1:00-CV-01807

(Magistrate Judge Blewitt)
District Judge Kane

FILED
HARRISBURG
DEC 21 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

MOTION TO WITHDRAW LAWSUIT

Plaintiff Matthew Dix, hereby moves the Court to allow him to withdraw the above captioned civil action for law suit initiated as follows:

1. Forwarded this Court by certified mail on or about September 25/26, 2000, from the State Correctional Institution Dallas (SCID), a law suit brought by a former prisoner under 42 U.S.C. §§ 1983, 1985 and 1986.

2. Subsequently on October 2, 2000, Plaintiff filed an application to proceed In Forma Pauperis accompany by a Supplemental Petition to the Complaint/Lawsuit during his imprisonment (SCID) which requested cause of action numbers seventeen and eighteen be enter claims to suit.

3. Then on October 4, 2000, Plaintiff sought by way letter to Supplement the lawsuit for a second time adding as parties correctional officials at the Luzerne County Correctional Facility (LCCF).

4. On October 15, 2000, notification was served the Court by letter Plaintiff's present place residency for correspondence.

5. Then the Court's October 23, 2000, Order issued which was received by the Plaintiff October 25, 2000, as official date docket of lawsuit in its follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Matthew Dix,
    Plaintiff

vs.

Martain Horn, Secretary, et. al.,
    Defendants

: Civil Action
: No. 1: CV-00-1807/ or
:     1:00-CV-0180?

## VERIFIED STATEMENT

I do hereby certify this 4th day of November, 2000 that the facts set forth in the Motion to Withdraw Law are true and correct to the best of the undersigned's knowledge, information and belief and are verified subject to the penalties for unsworn falsification to authorities under 28 U.S.C. § 1746.

/s/ Matthew Dix, Pro Se - Plaintiff
5810 Trinity Street
Phila, PA. 19143

Matthew Dix
Pro Se - Plaintiff
5810 Trinity Street
Phila, PA. 19143

November 4, 2000

Office of the Clerk
United States District Court
 For the Middle District
of Pennsylvania
235 North Washington Ave
RM. 423.   P.O. Box 1148
Scranton, PA. 18501-1148

RE: Matthew Dix v. Martain Horn, Secretary, et. Al.,
(D.C. Civ. No. 1; cv.-00-1807 (or) 1:00-cv-01807)

Dear Clerk:

Enclosed please find for filing herewith the original Motion to Withdraw Lawsuit and Verified Statement.

Thank you,

/md.
cc: The Honorable District Judge, Kane